NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  **21cr138**

**Aaron Mostofsky**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA      [ ] RETAINED      [ ] FEDERAL PUBLIC DEFENDER

*Nicholas D. Smith*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Nicholas D. Smith, Va Bar No 79745**
(Attorney & Bar ID Number)

David B Smith PLLC
(Firm Name)

7 East 20th Street, Suite 4R
(Street Address)

New York     NY     10003
(City)     (State)     (Zip)

917-902-3869
(Telephone Number)