NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  21cr138

Aaron Mostofsky
_____
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA        [ ] RETAINED        [ ] FEDERAL PUBLIC DEFENDER

/s/ David B Smith
_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

David B. Smith, D.C. Bar No. 403068
(Attorney & Bar ID Number)

David B Smith PLLC
(Firm Name)

108 North Alfred Street
(Street Address)

Alexandria            VA            22314
(City)               (State)        (Zip)

703-548-8912
(Telephone Number)