# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 21-cr-138 (JEB) |
| | : |
| **AARON MOSTOFSKY** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF SUBSTITUTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Kimberly L. Paschall, hereby informs the Court that she is substituting as the lead attorney replacing Assistant United States Attorney Jeffrey N. Poulin in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

_____/s/_____
KIMBERLY L. PASCHALL
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, NW
Washington, DC 20530
(202) 252-2650