UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 21-CR-138 (JEB) |
| | : | |
| AARON MOSTOFSKY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, by and through his attorney, Nicholas Smith, Esquire (collectively, "the Parties"), respectfully submit this joint status report, as directed by the Court, and state as follows:

1.  On February 19, 2021, the defendant, Aaron Mostofsky was charged by way of indictment with (Count One) Civil Disorder in violation of Title 18 U.S.C. § 231(a)(3); (Count Two) Obstruction of an Official Proceeding in violation of Title 18 U.S.C. §§ 1512(c)(2) and 2; (Count Three) Assaulting, Resisting, or Impeding Certain Officers in violation of Title 18 U.S.C. § 111(a)(1); (Count Four) Theft of Government Property in violation of Title 18 U.S.C. § 641; (Count Five) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Six) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Seven) Disorderly Conduct in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(D); and (Count Eight) Parading, Demonstrating, or Picketing in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(G). ECF 6.

2.     The defendant has been out on bond since his initial arrest on January 12, 2021. Defendant remains compliant with standard conditions of release.

3.     On December 17, 2020, the Chief Judge issued the a Standing Order, Order 20-93, governing Court operations due to the COVID-19 pandemic, and excluding time under the Speedy Trial Act until March 15, 2021, except in limited cases, when the Court expected to resume operations.

4.     The parties appeared for an initial status conference on March 24, 2021 and agreed to exclude time from The Speedy Trial Act calculation until April 26, 2021.   The parties agreed to file a joint status report on April 26, 2021

5.     Since the last status, the parties have agreed to a protective order (ECF 14) and preliminary discovery is underway.  Defense counsel has requested specific information in discovery, and although parties have conferred, there is no resolution on that specific issue.

6.     Parties are not agreed to exclude further time from the Speed Trial Act.  Parties will submit separate filings regarding this tolling issue.

                                            Respectfully submitted,

                                            CHANNING D. PHILLIPS
                                            Acting United States Attorney
                                            D.C. Bar No. 415793

                                            ___/s/_____
                                            GRACIELA R. LINDBERG
                                            Assistant United States Attorney
                                            Texas Bar No. 00797963
                                            555 4th Street, N.W.,
                                            Washington, D.C. 20530
                                            956-754-9350
                                            graciela.lindberg@usdoj.gov

        /s/
NICHOLAS SMITH
Attorney for Aaron Mostofsky
7 East 20th Street, Suite 4r
New York, NY 10003
917-902-3869
nds@davidbsmithpllc.com