UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON MOSTOFSKY,<br><br>**Defendant.** | Criminal Action No. 21-138 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion for Bill of Particulars is GRANTED IN PART and DENIED IN PART; and

2. The Government shall provide the additional information by August 5, 2021.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: July 27, 2021

1