UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Case No. 1:21-cr-138 |
| AARON MOSTOFSKY, | ) ) | District Judge James E. Boasberg |
| Defendant. | ) ) ) | |

**DEFENDANT MOSTOFSKY'S MOTION TO EXCEED PAGE LIMIT**

Defendant Mostofsky, through his counsel, files this motion to exceed the page limit for his motion to dismiss Counts One, Two, Five and Six of the Superseding Indictment. LCrR 47(e).

As Mostofsky argues in his motion, the Superseding Indictment raises a number of novel and complex legal issues across the many charges it brings. Accordingly, he requests permission to exceed the 45-page limit. This Court has granted similar motions in other January 6 cases where defendants have moved to dismiss the same charges. The motion is filed at docket entry 45.

Mostofsky has no objection to the government exceeding the 45-page limit in its response by an equivalent number of pages.

Dated: August 30, 2021                              Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, D.C. Bar No. 1029802
David B. Smith, PLLC
7 East 20th Street, Suite 4R
New York, NY 10003
(917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Mostofsky*

## Certificate of Service

I hereby certify that on the 30th day of August, 2021, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Graciela Lindberg
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com