UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-138 (JEB) |
| | : | |
| **AARON MOSTOFSKY,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S SECOND MOTION TO DISMISS COUNTS ONE, TWO, FIVE AND SIX**

Defendant Aaron Mostofsky filed his sixty-page Second Motion to Dismiss Counts One, Two, Five, and Six, ECF47, on August 31, 2021, after the Court directed him to reduce the length of that motion. Although the Court did not order the government to file its opposition on a fixed date, the government sought to file its response two weeks after the motion was filed, which would be this coming Tuesday, September 14. Although the government has made substantial progress in drafting its opposition, it will be unable to file the brief by tomorrow, in part because some of the attorneys working on the draft have been diverted to other pressing matters.

Last week, the Court rescheduled the trial date in this case from October 18, 2021 to January 24, 2022, giving it more time to resolve pre-trial motions. Mostofsky is not in custody and will not be prejudiced by the requested extension of time. I spoke to Nicholas Smith, Esquire, counsel for Mostofsky, today, who graciously informed me that he does not object to this request.

For those reasons, the government respectfully requests that the Court direct the government to file its opposition to Mostofsky's second motion to dismiss Counts One, Two, Five, and Six by September 21, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ Graciela R. Lindberg
      Assistant United States Attorney
      Bar No. TX 00797963
      11204 McPherson Road
      Suite 100A
      Laredo, TX 78045
      graciela.linberg@usdoj.gov
      (956) 721-4960

## CERTIFICATE OF SERVICE

On this 13th day of September 2021, a copy of the foregoing was served on counsels of record for the defendant via the Court's Electronic Filing System.

            /s/
      Graciela R. Lindberg
      Assistant United States Attorney