UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) Case No. 1:21-cr-138<br>) |
| AARON MOSTOFSKY, | ) **District Judge James E. Boasberg**<br>) |
| Defendant. | )<br>) |

**DEFENDANT MOSTOFSKY'S MOTION FOR ORAL ARGUMENT ON SECOND MOTION TO DISMISS COUNTS ONE, TWO, FIVE AND SIX OF THE SUPERSEDING INDICTMENT**

On September 21, the government filed an opposition to Mostofsky's Second Motion to Dismiss Counts One, Two, Five and Six of the Superseding Indictment. ECF No. 57. Mostofsky expects to file a reply brief early next week and is working as quickly as he can toward that end.

Mostofsky filed his motion in August. ECF No. 47. As the Court knows, motions to dismiss raising similar issues are pending before several judges. *See*, *e.g.*, *U.S. v. Brady Knowlton*, 21-cr-46-RDM (D.D.C. 2021); *U.S. v. Nordean*, 21-cr-175-TJK (D.D.C. 2021); *U.S. v. Crowl*, 21-cr-28-APM (D.D.C. 2021). However, the briefing cycle in those cases has closed and oral arguments have been held.

Mostofsky requests an opportunity to argue his case to the Court before the die is cast on these issues. LCrR 47(f)("A party may in a motion . . . request an oral hearing. . ."). Accordingly, if the Court's schedule accommodates it, he requests oral argument on his motion sometime during the week beginning Monday, October 4. In the unique context of the January 6 cases, where novel legal issues are common to hundreds of cases pending in the same Court,

1

Mostofsky could be prejudiced by a decision made by another judge who considered somewhat similar but incompletely formulated issues before Mostofsky has had the opportunity to argue his case to this Court. Holding oral argument the week beginning October 4 would reduce that risk. And from the Court's institutional perspective, holding an argument that week would increase the likelihood of fair and uniform decision-making across the cases. Mostofsky believes that his is the last, or nearly the last, motion to dismiss a January 6 indictment that raises these overarching issues for which oral argument has not been scheduled. All parties involved benefit from arguing these issues before the clay has hardened.

      Mostofsky is grateful for the Court's consideration of this request.

Dated: September 22, 2021                Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, D.C. Bar No. 1029802
David B. Smith, PLLC
7 East 20th Street, Suite 4R
New York, NY 10003
(917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Mostofsky*

**Certificate of Service**

I hereby certify that on the 22nd day of September, 2021, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>Graciela Lindberg
>Assistant United States Attorney
>555 4th Street, N.W.
>Washington, D.C. 20530

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com