# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) Case No. 1:21-cr-138 <br> ) |
| AARON MOSTOFSKY, | ) **District Judge James E. Boasberg** <br> ) |
| Defendant. | ) <br> ) |

**DEFENDANT MOSTOFSKY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS MOTION TO DISMISS**

On September 13, the government filed a motion for a one-week extension of time to file its opposition to Mostofsky's Motion to Dismiss Counts One, Two, Five and Six of the Superseding Indictment. Mostofsky did not oppose the request, which was granted. ECF No. 55. On September 21, the government filed its opposition to Mostofsky's motion. ECF No. 57.

Mostofsky's reply is due on Tuesday, September 28. The government's opposition brief is, like the motion, almost 60 pages in length. Mostofsky's counsel had oral argument in the court of appeals last Friday and another brief due today. He therefore requests a three-day extension of time to file Mostofsky's reply brief, so that it will be filed by Friday, October 1. The government does not oppose this request.

Dated: September 27, 2021                Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

1

Nicholas D. Smith, D.C. Bar No. 1029802<br>
David B. Smith, PLLC<br>
7 East 20th Street, Suite 4R<br>
New York, NY 10003<br>
(917) 902-3869<br>
nds@davidbsmithpllc.com

*Counsel to Mostofsky*

## Certificate of Service

I hereby certify that on the 27th day of September, 2021, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> Graciela Lindberg
> Assistant United States Attorney
> 555 4th Street, N.W.
> Washington, D.C. 20530

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith<br>
David B. Smith, VA Bar No. 25930<br>
David B. Smith, PLLC<br>
108 North Alfred Street, 1st FL<br>
Alexandria, Virginia 22314<br>
(703) 548-8911 / Fax (703) 548-8935<br>
dbs@davidbsmithpllc.com