UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-138-JEB |
| | ) |
| AARON MOSTOFSKY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT MOSTOFSKY'S NOTICE OF RECENT GOVERNMENT OFFER TO DROP CHARGES UNDER § 1512(c)(2) IN JANUARY 6 CASE**

Defendant Mostofsky has filed a chart showing that, over 85 times, the government has been a party to agreements pursuant to which January 6 defendants pled guilty to Title 40 misdemeanor-in-the-Capitol-Building offenses but not to a felony offense under 18 U.S.C. § 1512(c)(2). ECF No. 63. He pointed out that many of those 85 cases, which all concerned defendants who entered the Capitol Building, involved conduct more serious than Mostofsky's. *Id.* These examples went to his vagueness doctrine argument that the government's interpretation of § 1512(c)(2) provides no notice as to when conduct that constitutes a six-month-maximum Title 40 misdemeanor offense somehow transforms into a 20-year-maximum obstruction-of-justice felony offense. *Id.*

Yesterday, AUSA Lindberg, the prosecutor assigned to Mostofsky's case, advised another judge in this Court that the government has offered to drop § 1512(c)(2) charges against two more January 6 defendants if they agree to plead guilty to Title 40 misdemeanor offenses. *United States v. Marissa Suarez, Patricia Todisco*, 21-cr-205-DLF (D.D.C. 2021). As the Court knows, current DOJ policy is that the prosecutor should seek a plea to the most serious readily provable offense charged. Justice Manual, § 9-27.400. Yet AUSA Lindberg's offer to dismiss

1

the § 1512(c)(2) charges in *Suarez* and *Todisco* marked nearly the twentieth occasion in the January 6 cases in which the government has proposed abandoning its novel theory of obstruction of justice.  In merits briefing the government says this is an unambiguously correct reading of § 1512(c)(2).

Here is what the criminal complaint alleged about defendants Suarez and Todisco.  The defendants entered the Capitol Building together on January 6.  21-cr-205, ECF No. 1-1, p. 7.  Throughout the intrusion they are captured on film.  *Id.*  Entering the building through the same door as Mostofsky, Suarez said, "Oh [Todisco], oh shit, oh shit, yo, this is what they fucking wanted, this is what they fucking wanted, this is what they get."  *Id.*  The defendants chanted, "Stop the steal!" and "Our house!"

Video footage depicts Todisco walking around the office of Senator Jeffrey Merkley.  21-cr-205, ECF No. 1-1, p. 14.  Items were stolen, damaged and destroyed in the senator's office that day.  *Id.*

The defendants sent the following texts from their phones on January 6:

- "So we've stormed Capitol Hill lol" (3:20 p.m.);
- "We're inside hahaha" (3:26 p.m.);
- "This is insane" (5:40 p.m.).

The next day, on January 7, the defendants sent the following texts:

- "When we found out Pence fucked us, we all stormed the Capitol building and everyone forced entry and started breaking shit."
- "The metro police blocked off the statues and tried pushing us out but most of them were cool. I had words with a dick cop."
- "The smoke alarms were going off bc everyone was smoking pot and then people started drinking."
- "Pelosi and Pence snuck out via Secret Service and everyone else was ducking in their

2

lounge like we had guns even though we didn't."

On October 25, Mostofsky's counsel asked AUSA Lindberg why the § 1512(c)(2) charge would be dismissed in *United States v. Marissa Suarez*, *Patricia Todisco* but not in Mostofsky's case.  The government did not respond.

Dated: October 26, 2021                                  Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, D.C. Bar No. 1029802
David B. Smith, PLLC
7 East 20th Street, Suite 4R
New York, NY 10003
(917) 902-3869
nds@davidbsmithpllc.com

**Certificate of Service**

I hereby certify that on the 26th day of October, 2021, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Graciela Lindberg
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com
