UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-00138-JEB |
| : | |
| **AARON MOSTOFSKY,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney Michael J. Romano, detailed to the United States Attorney's Office for the District of Columbia, who may be contacted by telephone at (202) 307-6691 or by email at michael.romano@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. Mr. Romano joins Ms. Lindberg, who remains assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/
MICHAEL J. ROMANO
Trial Attorney, Detailee
IL Bar No. 6293658
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 307-6691
michael.romano@usdoj.gov