# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) </br> ) </br> ) </br> ) |
| v. | ) Case No. 1:21-cr-138-JEB </br> ) |
| AARON MOSTOFSKY, | ) </br> ) |
| Defendant. | ) </br> ) |

## DEFENDANT MOSTOFSKY'S UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant Mostofsky, through his counsel, moves the Court to vacate the trial currently scheduled for January 24, 2021 and to grant a 60-day continuance. The government does not oppose this motion. The trial should be rescheduled for the following reasons:

- As the Court knows, the government has produced, and continues to produce, an unprecedented amount of evidence in the January 6 cases. One of the key discovery platforms, the defense "instance" of Evidence.com, has been down since the week of December 13, due to technical problems.

- One of the central charges in this case is obstruction of an official proceeding, 18 U.S.C. § 1512(c)(2). Although motions to dismiss this charge have been pending for approximately six months in the January 6 cases, only one decision has been filed. Given the ambiguity surrounding what conduct and mental state possibly constitutes an obstruction offense in this novel context, it is difficult to intelligently prepare for trial before these motions are decided. A continuance of the trial until after more of these motions are resolved will facilitate greater efficiency in the resolution of this case through trial or plea bargaining.

- Defense counsel resides in New York City which has seen a recent surge of Covid-19

1

cases. He was exposed last week to people who subsequently tested positive for the disease. Counsel is vaccinated but has experienced symptoms consistent with a case of the virus. These interfere with intensive trial preparation.

- The government does not oppose a continuance.

For all these reasons, Mostofsky requests that the Court vacate the current trial date and grant a 60-day continuance.

Dated: December 20, 2021                                       Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, D.C. Bar No. 1029802
David B. Smith, PLLC
7 East 20th Street, Suite 4R
New York, NY 10003
(917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Aaron Mostofsky*

## Certificate of Service

I hereby certify that on the 20th day of December, 2021, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Graciela Lindberg
Assistant United States Attorney

2

      555 4th Street, N.W., Room 4408
      Washington, D.C. 20530
      (202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

      /s/ David B. Smith
      David B. Smith, VA Bar No. 25930
      David B. Smith, PLLC
      108 North Alfred Street, 1st FL
      Alexandria, Virginia 22314
      (703) 548-8911 / Fax (703) 548-8935
      dbs@davidbsmithpllc.com