# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) ) |
| v. | ) Case No. 1:21-cr-138-JEB ) |
| AARON MOSTOFSKY, | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT MOSTOFSKY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S MOTIONS IN LIMINE

Defendant Mostofsky, through counsel, moves the Court for an extension of time to respond to three motions in limine filed by the government. ECF Nos. 82, 83, 84, 89.

On December 21, the Court set a January 14, 2022 deadline for Mostofsky's responses. Mostofsky requests that the Court extend the deadline to January 24. The government does not oppose this relief but requests that the Court also extend the deadline for the government's reply briefs to February 4. Mostofsky does not oppose that request. The extension of time may allow the parties to avoid unnecessary motion practice.

Dated: January 13, 2022

Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, D.C. Bar No. 1029802
David B. Smith, PLLC
7 East 20th Street, Suite 4R
New York, NY 10003

(917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Aaron Mostofsky*

**Certificate of Service**

I hereby certify that on the 13th day of January, 2022, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Graciela Lindberg
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com