# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AARON MOSTOFSKY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:21-cr-138-JEB<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT MOSTOFSKY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S MOTIONS IN LIMINE

Defendant Mostofsky, through counsel, moves the Court for an extension of time to respond to three motions in limine filed by the government. ECF Nos. 82, 83, 84, 89.

On January 13, the Court extended Mostofsky's response deadline on the three motions to January 24. It also extended the deadline for the government's reply briefs to February 4. Mostofsky now moves the Court to extend his deadline to January 31 and the government's to February 7. The government does not oppose this relief. Mostofsky believes that the parties will require no additional extensions on these motions after this one.

Dated: January 24, 2022

Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, D.C. Bar No. 1029802
David B. Smith, PLLC
7 East 20th Street, Suite 4R
New York, NY 10003

1

(917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Aaron Mostofsky*

**Certificate of Service**

I hereby certify that on the 24th day of January, 2022, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Graciela Lindberg
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com