# EXHIBIT 1

Honorable James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington DC 20001


Your Honor,

I am writing this letter to you regarding Aaron Mostofsky.  I have known Aaron since he was a little boy.  As far back as I can remember, Aaron was always a kind and gentle soul.

Whenever we are together Aaron always greets me with a big smile and a warm conversation! He also addresses my children as well, making them feel included!  He is friendly and soft-spoken. He is a sweetheart!

I respectfully ask you to take this into consideration and impose a merciful sentence on kind, sweet Aaron.


Thank you,

Aliza Gold

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001


Honorable Judge,

Thank you for taking the time to read my letter.

Aaron and I grew up together in the same neighborhood. We went to the same private school from first through eighth grade.

Aaron was the kid in the class that was an unassuming person, deeply sensitive and good-natured. He is also one of the most artistic and creative people I know.

As a person who had been bullied in elementary school, I can personally attest to Aron sensitivity and kind nature. Aron was always the one to be there, empathize and understand another person's perspective. He was extraordinarily emotionally developed for such a young child.

Aaron was always creating, drawing, and hypothesizing. We would discuss our goals for life and they invariably involved ways to gain prominence to strengthen and give back to the community that we were a part of. The community that raised us.

After eighth grade we parted ways for close to 20 years. A couple years ago I bumped into him and as a 32-year-old adult I felt I was with exactly the same special, kind, creative, and empathetic person. His character hadn't changed a bit.

Our relationship rekindled and I have experienced the same sensitive and creative person. Aware and there. For example, there are many singles in our community some have people and some are alone. I was alone when I moved to the neighborhood and Aaron invited me to something every time he saw me. He made sure I didn't feel like I had to be alone.

This is the kind of thoughtful amazing person is before you

From the depths of my soul and my love for Aaron; his smile, his good nature, his kindness, and his creativity, please judge my friend, Aaron, favorably, see his remorse at his terrible actions and allow him to be rehabilitated within our community.


Sincerely,

Aaron Turk

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001


To the honorable Judge Boasberg,

My relationship with Aaron goes back close to 20 years. To describe him would be put to the one word – a mench.

I had the privilege of working together in a sleep-away camp in the Pocono Mountains. During the first half of the summer Aaron was a rotating staff member in the camp, assisting and helping wherever his services were needed. My first half of the summer I was a counselor for one of the youngest bunks. I needed a solid working, hard-working Junior counselor to assist me. I had approached the division head and specifically requested Aaron to be my right hand man. He exceeded my expectations.

He was up at the crack of dawn ensuring that the kids were taken care of with their morning routines. At meal times, he assisted and ensured that they were all well fed. On the sports field, actively participating to make sure each and every child was active.

Another obvious display of his dedication - his loyalty did not stop there. Night activities and the bedtime routine were no different. His strong sense of commitment and making each child feel special was something he did naturally.

I am sincerely and respectfully asking the court to impose a merciful sentence.



Sincerely,

Aryeh Rosen

March 15, 2022


Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001


Your Honor,

I am writing to you concerning my stepson, Aaron Mostofsky.

I'd like to give you a glimpse into who this young man is, from my perspective.

I became Aaron's stepmother in August 1988, about a year after the sudden death of his mother. He was two years old at the time, and I was hoping to do my best at raising this little boy, and simultaneously, keeping whatever memories he had in his young mind, of his mother.

For as long as I have known him, Aaron has been a sweet, and somewhat timid boy. As he grew and started school, he struggled with social anxiety, as well as with academics. He was diagnosed with ADD in the fifth grade, and throughout elementary and middle school, he was bullied. One might say that he was a perfect target, being shy and impressionable, and lacking in confidence and successes to build on.

Surprisingly, this did not affect his kind and helpful nature. In any situation, he is the one who has always come forward with help, whether it was our flooded house and restoring it daily for months, shoveling snow at home, or helping to organize a community library, he is the one who can be counted on to help, without pay, just to help, no matter how grueling the job, or how long it would take.

He is a family favorite, willingly babysitting and playing with and reading to his younger nieces and nephews, and speaking and laughing with the older ones. He is a much-loved brother and uncle, and he is an active participant and organizer at every family event. His sense of humor and easy-going personality have endeared him to our extended family and friends.

As an older teen, Aaron volunteered as an Older Brother at a home for developmentally disabled kids, where he had a great rapport with the kids, and spent many days and weekends, taking them out for pizza, playing ball, and building them up with moral support and friendship.

He has been working, and is self-supporting, for the past ten years, living in an apartment, near family members.

His desire to fit in and get along have also been a liability, as he is impressionable and easily influenced. Sadly, it seems that this character trait may have impaired his judgment and has led him to poor decisions, landing him in his current predicament.  I can only hope and pray that this watershed moment in his life will serve as a learning experience, one that will shape his future decisions and behavior. He is need of, and is receptive to counseling and mentoring, and I believe that he can be that responsible and exemplary person he was meant to be, and who he essentially is, with the proper guidance and environment.

Thank you in advance for your consideration.

Sincerely,

Aviva Mostofsky

March 8, 2022

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington DC, 20001

Your Honor,

My name is Rabbi Avrohom Mostofsky, and I am Aaron's younger brother. We shared a room growing up, and from a young age, I always looked up to Aaron. I went to the same schools as him, because all I knew was that I wanted to be like him. I was always so proud of him. Indeed, it was at summer cap where his devotion to me was perhaps most obvious.

I began sleepaway camp at the age of 7, and my first few summers were very tough. He got permission for me to spend time with him at the staff Friday night speech, so that I wouldn't be homesick and alone. As I got older, I had a dream of finishing the six orders of the Mishna as my father and grandfather had done before me. Each Saturday afternoon for 2 summers, Aaron spent 5 hours learning with me. Thanks to him, I was able to complete this project in 12th grade.

As I mentioned, I went to the same schools as him. When I applied to high school, they asked why I wanted to attend the school My response was "because Aaron went here". All the years that I attended High School, Aaron attended the Sabbath prayers with me in the school, even though he had already graduated.

A few years ago, Aaron decided that he would grow his hair to donate to charity to help cancer patients have wigs. About a year after he started growing it, I got engaged, and told him that it would mean a lot to me if he got a haircut for the wedding. He had already been growing it for a while, but knowing what it meant to me, he didn't flinch, and got it cut. This meant he needed an entire extra year before he was eventually able to donate.

Every year before Passover, he comes to my house to help me with the extremely complex cleaning processes. This usually takes an entire day, and he does it without hesitation.

In truth, it is hard for me to write about Aaron and the good he has done, because I am his little brother. He has been nothing but kind to me. Instead, I will write on behalf of my children, his nephews ███ (3) and ███ (1).

Aaron is ███'s best friend. Anytime my wife and I have had an emergency and needed help, Aaron has dropped everything, run over to our house, and helped. The night before ███'s 2nd birthday, Aaron stayed up all night helping me build a kitchen so we could surprise him. My boys adore Aaron. He is their only Uncle who doesn't have children and is therefore able to give them time. He spends hours with them on weekends. Recently Aaron came for a Friday eve meal, and ███ asked him sadly why he

wasn't sleeping over for the entire Sabbath. Of course, Aaron promised the next time he comes, he will stay overnight.

When they know uncle Aaron is coming, their faces light up with joy. He will spend an entire afternoon building train tracks or reading to baby ██ .

Your Honor, my children are little, and have no idea what is going on. All they know is they love uncle Aaron. I can't imagine having to explain to them why they can't see uncle Aaron. My uncles lived across the world when I was little, and I never had the chance to have the relationship my children have with Aaron. They don't deserve to lose that relationship.

Aaron is a good person, and I respectfully ask for a merciful sentence.


Sincerely,

Rabbi Avrohom Mostofsky

**Hon. James E. Boasberg**
**United States District Judge**
**U.S. District Court for the**
**District of Columbia**
**333 Constitution Ave. NW**
**Washington, DC 20001**

To the Honorable Judge

My name is Betsalel Touitou, I am writing this letter in support Aaron in connection with his sentencing. I know Aaron since 2010, when I just arrived in America. I came as a student, and met Aaron in Brooklyn.

I didn't know anybody in America and felt a little lost without any family or friends, Aaron was one of the first person that gave me that feeling of being at home. Indeed, I can vividly remember Aaron greeting me with a smile and hug, asking about where I was from and insisting on making sure that if I needed anything he will help provide to the best of his means.

If I needed to define Aaron in one word it would be "loyal". In fact, I know that he is one of the rare people that will be there more for me no matter what.

One of the stories to illustrate that characteristic is when my friend's grandmother passed away, we needed to find a quorum of 10 men to gather 3 times a day for a week, as the Jewish tradition requires, for the family of the deceased to say the "Mourner's Kaddish" (a prayer said in memory of the person who passed). Aaron insisted on being part of that quorum morning, afternoon and night. Aaron showed up every day and also helped to set up the services.

Aaron is always present to offer his help to those around him and is a real asset to the community.

I respectfully ask the Honorable Judge and the court to impose a merciful sentence

Respectfully,

Betsalel Touitou

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001


Dear Honorable Judge:

My name is Esther and I'm writing on behalf of my friend, Aaron Mostofsky. To give you some insight into the company Aaron keeps; I will share that I graduated from undergrad and grad school with a 4.0 GPA and numerous awards and accolades, obtaining my Master of Social Work with a focus in Social Policy & Macro Practice in 2014. I have known Aaron since long before that and he has volunteered alongside me including in the 3+ non-profits I founded before I turned 18; one of which is a 501(c)3.

Aaron is one of the kindest people you will ever meet, soft spoken and generous to the nth degree. He is a peacemaker through and through; the kind of person who --- in life --- you'd be lucky to have alongside you. In fact, the way Aaron and I initially met was through a project Aaron and I co-founded called "Cookies for Kindness;" an initiative to deliver care packages & home-baked cookies (which Aaron personally baked) to city workers, first responders & homeless shelters on Christmas Day. Led by Aaron and one of our other good friends, we all got together and personally delivered care packages including home-baked cookies which we first prepared together, to the 17th Precinct as well as to various homeless shelters in New York City. We trooped through the streets, going from shelter to shelter, toiletries and cookies in hand- while Aaron and I bonded over a shared love for community and volunteering. From that day forward, Aaron and I became close friends.

Though this event was how I initially met Aaron, I quickly learned that activities like these were not at all unusual for him; in fact, they were and continue to be ordinary events in the life of Aaron. Giving to others, sharing his kind heart with the community; these are characteristic of who he is and how he treats the people around him. Aaron is a sweet, loving, unassuming, and so, so gentle human being. With a constant smile that never seems to fade and a heart of gold, Aaron is the epitome of kindness and love. My life --- and those of the people around him --- are constantly enhanced by his presence.

Therefore, I am writing in support of Aaron in connection with his sentencing. I am asking the court to take the above into account when sentencing Aaron, with the understanding that he is nothing but a bright light to his friends, family, and community. Let his constant activities of kindness and altruism speak for themselves and demonstrate what a compassionate & involved community character Aaron is. On behalf of all of us lucky enough to call him a friend, I respectfully request that the court be lenient regarding Aaron's sentencing and impose the minimum sentence. I have no doubt that Aaron will continue to be nothing but an asset to our society.


Respectfully,

Esther Deutsch, MSW

Honorable James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Avenue. NW
Washington DC, 20001

Your Honor,

My name is Ilana Whiteman and I am Aaron Mostofsky' s older sister. When we were growing up, as his older and only sister, I often has the responsibility of keeping an eye out for my younger brother, Aaron. This was not a difficult responsibility for me. In fact, I actually enjoyed keeping an eye our for him. I would play countless board games with him and  read books to him as well. Aaron was such an easy-going younger brother and could sit for hours, listening to the books I read. He never got bored and never complained.  He was an extremely appreciative child.

Years passed, I got married and gave birth to 2 children of my own. Aaron went from being "my easy-going younger brother" to becoming "a fun loving and adoring uncle" to my own children, ██ and ██  Aaron would gladly babysit my children whenever I asked him to and I asked him on plenty of occasions. When my children were tiny infants, Aaron would lovingly feed them bottles and change their diapers. As they became toddlers, Aaron played games with them or read them books for hours. ██  and ██ always enjoyed whenever I asked their Uncle Aaron to watch over them as he was the most fun and warm uncle.  As they have grown up and can take care of themselves, Aaron has still maintained a close connection to them. When my now 13.5 year old son ██ ,was approximately 10 yrs of age, I asked Aaron to help me construct a basketball hoop for ██ to play with. Aaron didn't think twice. He came over to my house to work on it that very same day. And he didn't leave my house until he knew that the hoop was securely constructed.  More recently, when ██ asked Uncle Aaron to upload many songs to his Mp3 player, Aaron generously spent endless hours on that project. ██ was so excited and grateful that his Uncle Aaron uploaded over 100 songs to his Mp3 player. And I was so grateful as well.

In addition to Aaron's kindness as an uncle, I can personally attest as well to his generosity with his time. Whenever there is a heavy snowstorm, Aaron immediately reaches out to me to inquire if I could use his assistance in shoveling in front of my home. The bitter cold temperatures never stop Aaron from being incredibly generous. In fact, I can't think of anything that stands in the way of Aaron's generosity.

Aaron is also super thoughtful.  He always remembers to send warm happy birthday wishes to me and has never failed to remember his niece and nephew's birthdays as well. Those kind gestures are typical of Aaron. He is a caring human being. I am blessed to have Aaron as a younger brother and ██ and ██ are equally blessed to have Aaron as their loving uncle. We cannot imagine our lives devoid of his presence.

Your Honor, Aaron is an upright person and I respectfully ask for a merciful sentence.


Sincerely,

*Ilana Whiteman*

Ilana Whiteman, LMSW

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Dear Hon. James E. Boasberg,

My name is Jessica Plotnikov. I am a psychiatry resident, and as part of my training I learn to analyze people and their character traits.

Aaron is someone I have had the opportunity of knowing for about a year and a half, after meeting at a Shabbat meal. We ask have several mutual friends who think very highly of Aaron.

Aaron is a kind and caring individual. He is heavily involved in his community. Even at Shabbat meals he is always helping to set up and staying late to clean up. He is insightful and considerate. He makes sure that everyone in a group feels welcome.  He is great with children and I have witnessed him spending hours entertaining his friends' children.

Aaron plays a positive, meaningful role in his society and respectfully, I hope you can consider imposing a lighter sentence on Aaron.


Sincerely,

Jessica Plotnikov

Jessica Plotnikov, MD

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

To the Honorable Judge:

My name is Jonathan Shapiro, I am the President of Chaverim of Boston, a volunteer emergency response agency and a close personal friend of Aaron Mostofsky. I am writing to you today in support of Aaron in connection with his sentencing.

I have known Aaron for 4 years, we met in the summer of 2018 on a religious Jewish retreat in upstate New York. At the time I was not fully religious and Aaron served as a mentor to me and helped coach me through the process of coping with my family and my community as I made changes to my personal life. He sat with me for hours on that retreat teaching me about Judaism and the depth of the Hebrew language, as well as the ancient Hebrew texts on which Judaism is based.

After the original retreat Aaron would spend time on the phone with me weekly, and continued to serve as a subject matter expert and source of inspiration for me. Aaron inspired me to start community initiatives such as my volunteer response team, as well as food programs for the needy in Boston.

Aaron goes above and beyond to help anyone who is in need. He mentors young men in Brooklyn that are enrolled in his former High School and is a beacon of hope in his neighborhood in Flatbush, Brooklyn.

Aaron has a bright career in front of him as an architect, and I know that he has several volunteer community service projects that he is involved with. On a personal level Aaron has helped me, emotionally, though many hardships with my family and I have tremendous gratitude for him. Aaron has encouraged me to grow in a calculated and healthy manor.

I ask that on behalf of all of the good deeds and kind words that Aaron has provided me that the Honorable Judge please consider imposing a merciful sentence on my dear friend.

Signed,

Jonathan B. Shapiro
President, Boston Chaverim

4-26-2022

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Your Honor,

I write this letter in support of Aaron Mostofsky. Although none of us is perfect I know this man since his birth. I am his uncle. I will admit I love him as his uncle but I have also felt it a privilege to be his uncle in the many years since his birth.

Although Aaron's early years were hard because of the death of his mother at an incredibly young age he has always maintained a cheerful and positive perspective. I would even call him a generally happy go lucky person. He typically brings smiles with him wherever he goes and leaves people with a better feeling about him and life in general after spending time with him. He is a bit quirky I would admit but until this point, he has never been an aggressive, violent or even a negative person.

To watch Aaron with his nephews, the children of his older brother, is to marvel at his kindness and generally peaceful and loving spirit. Children are often the best indicators of who a person really is and see through the facades we all have to some extent. He has no children of his own but his nephews, my children and everyone else I know that spends time with him would be greatly diminished were he removed from their presence.

I don't know how much time you've spent with Aaron other than in the details of the case but if you had you would see what a kind loving person he is. I live in Virginia now and my family and friends look forward to his occasional holiday visits. He brightens up every holiday meal he joins. He likes music and family and children which are traits of a foundationally good person, which I strongly believe he is.

While he has no wife or kids of his own to miss him if he is sent away because of this situation his absence would have a profound affect on those who rely on his love and care right now. Those people include his elderly Grandmother, my mother, who is currently suffering the beginning stages of dementia. Sick enough to be a bit confused but strong enough still to miss his presence in her life. Hearing of his incarceration, which if it happened would surely be something we attempt to shield her from, would have a devastating effect on her. His nephews would miss his daily interactions, care, and love. His aunts and uncles, brothers and sister, parents and grandparents would be greatly diminished without him.

I ask you for kindness and mercy in your justice for

him. I don't know what else to say. Thank you for your consideration and your fairness and sense of justice.


Sincerely,

Michael Mostofsky

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Your Honor,

My name is Neil Fink, I am a licensed New York attorney both living and practicing in Brooklyn, New York.

My relationship with Aaron spans 30 plus years, as my mother married his father when he was a child. Although I was significantly older than him, we did grow up for many years under the same roof.

He was always kind, caring, and considerate to myself and any other members of the immediate and extended family.

After I had a family of my own he was always welcome in my house and actually formed a close bond with my children. He took them to the park, ball games and to other nice trips, and really was a responsible young man, who impressed all of us with his enthusiasm and care. My children adore him, and haven't been able to sleep these last few months and keep asking "what will happen to Aaron"?

When members of the of our extended family or close friends were sick in the hospital, it was Aaron who rushed to be at their side.

When a family in the neighborhood suffered from a devastating financial loss, it was Aaron who took up collections for them.

Aaron' s nature is peaceful and compassionate. The saying "would never hurt a fly" really does apply here - and on the contrary he is someone that is a giver by nature.

I understand that Your Honor is going to be handing down a sentence in the near future. I respectfully plead that you look at Aaron favorably, and impose the lightest most merciful sentence that is feasible.

I am certain that society is a much better place with Aaron being part of it.

Very truly yours,

Neil Fink, Esq.

April 12, 2022

**Hon. James E. Boasberg**
**United States District Judge**
**U.S. District Court for the**
**District of Columbia**
**333 Constitution Ave. NW**
**Washington, DC 20001**

To the Honorable Judge Boasberg:

I write this letter in support of my brother Aaron. My name is Neil Mostofsky, and I live in Brooklyn, New York with my wife Nina and our four children.

As his only full biological brother, and the fact that I am about 6 years older than him, I have some insight into Aaron that I feel the court should know.

Aaron is one of the kindest people I know. He's always around to help in a moments notice. Whenever I meet people that know Aaron, the first thing they always mention is how he has helped them do this or that, or how he had helped a mutual friend. He's also the person in the family that everybody knows, that when you're in a pinch and you need help, Aaron will always be there to help with a smile.

But the road to this was not easy. When I was nearly seven, our biological mother passed away. At the time Aaron was only about 16 months old. For me, I do have some memories of her - but for Aaron he truly has no memories of one of the two most important people that brought him into existence. I believe this has led to him being a bit "quirky", not to be able to find a better word.

As I know this is no excuse, the same quirkiness that led him to be there on January 6th is the same quirkiness that allows him to be the person who when someone gets married and has no one there to cheer them at their wedding, he's the one who's there dancing for hours, sometimes barely even knowing the bride and groom. It's the same quirkiness that makes it so that he is the first option when any of his nephews need to be watched because their parents can't be at home. I know this is true of my children, and my nephews and nieces.

It's the same quirkiness that makes it so that everyone knows that when an emergency happens in the middle of the night, and you need someone's help, whether it's a busted pipe that flooded your house, or that you're going to the hospital to have a baby, Aaron will be at your door within minutes to help. And again, always with a smile.

But it's not only the family and friends that he's always there to help. It's random strangers in the community as well. He joins me every year in packing hundreds upon hundreds of boxes of food needed to be delivered to families in need for the Passover holiday, a holiday that is extremely expensive, especially with a larger family.

My children love their uncle tremendously. Especially my younger ones, the question before every Jewish holiday is when is Uncle Aaron coming for meals. It is the highlight of the holiday when he comes. They say children are good indicators of a person's good-heartedness, that they are able to pick up on the nuance of a person's personality.

I'm sure Aaron is the whole of the sum of his parts. Growing up without knowing one's mother, being a bit quirky, having ADHD, and being bullied as a child, never stopped him from being a happy go lucky, dependable, and kind-hearted human being.

On behalf of myself, my wife, and especially my four children, we humbly ask that this Court show mercy in the sentencing of Aaron not only due to the amazing qualities Aaron has, and to not ignore all the positivity that he brings to his community in his day to day life; but also to the devastation it will bring to our family and my four young children, most of whom do not understand what is going on and love their uncle dearly.

Sincerely,

Nachman Mostofsky

April 28,2022

United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

To the Honorable Judge Boasberg,

I, Nina Klein, write this letter in support of my brother-in-law, Aaron Mostofsky. I live in Brooklyn, New York, together with my husband, Neil Mostofsky, and our four beautiful children.

From the first time I met Aaron, around seventeen years ago, I took a great liking to him. I remember the first thing I told my husband, who was at that point my fiancé, what a wonderful younger brother he had. His positive and kind character traits really stood out to me, and it didn't take long for him to truly become not just another brother-in-law, but a true BROTHER to me. I truly consider Aaron to be my brother.

He is really one of the kindest, most loyal, and happiest people I know. He is someone that I and the whole family knows could truly be counted on for anything. Whether it's a two o'clock in the a.m. heart to heart conversation, a last minute/emergency need for him to run over and babysit my children, or a quick errand I need him to make for the family, I know I could call him with minutes notice, and he would come through for me and anyone in need. And I know I would do the same for him, because of the person he embodies.

Aaron has such a genuine love for life, and one does not need to look long to see that. One perfect example of this is how he literally waits and prepares all year long for his favorite Jewish holiday of the year, Purim. He comes up with the most creative, awesome costumes that always stands out and puts a smile on everyone's face, which is what he lives for.

Another example of his happy-go-lucky personality, which also shows what a kind demeanor he has, is his love to brighten up a bride and groom's wedding day. There is a big Mitzvah (good deed) in Judaism to bring happiness and joy to a bride and groom's wedding day by dancing with them. This is a Mitzvah that Aaron takes extremely seriously. In fact, he invested in a real kilt, even though he is not someone who has extra money to dispose of, so that he can dance for brides and grooms at their wedding. When there is a wedding, whether it's a family member, close friend, just an acquaintance (or even someone he doesn't know, but someone he hears does not have much family or friends), Aaron is excited to pull out his kilt so he can bring pure joy and happiness to the bride and groom.

My boys absolutely LOVE when their uncle Aaron comes over. He is always present in their lives. Whenever we go on a family trip, near or far, the first question asked is "Is Aaron coming?" When we need a babysitter, the first thought they have is "Can Aaron babysit please?" He has moved into our house on many occasions when we needed him to babysit for longer periods of time, whether it meant rearranging his schedule to do so.

Aaron is also one of the kindest and giving people I know. One perfect example is how Aaron decided he wanted to donate his beautiful hair to someone in need- whether it be a cancer-patient or someone with Alopecia or the like. He took it upon himself to grow out his hair so he can do so. In fact, after

spending months growing it out, but it not being long enough for him to donate, he needed to cut it for his younger brother's wedding. Others would have given up on this dream at this point, especially with the negative and not knowing comments he would receive, but Aaron did not give up and he started the process all over again. After 2 or more years of growing his hair out again, he was finally able to donate it to the organization, Chai Lifeline, an organization with a division that makes wigs for patients in need. If this doesn't show pure giving of oneself, then I really don't know what does.

These are just a few examples of many that show who Aaron is and why he is loved so dearly by anyone who really gets to know him.

Aaron didn't have the easiest of childhoods; between his mom passing away when he was merely 17 months old, along with many other factors during his youth that would have attributed to anyone being bitter. But Aaron somehow managed to not let it be an excuse to live his life bitterly, and he turned out to be one of the kindest, most happy and most dedicated people I know and to whom I am *proud* to call my brother!

On behalf of myself, my husband and my four young children, I respectfully ask that you show mercy in the sentencing of my brother, Aaron, not only for the sake of my family, who I cannot even begin to think of their devastation if not, but also for the sake of the whole extended family and community as a whole, in light of the happiness and kindness he brings to all.


Sincerely,

Nina Klein
Nina Klein

Hon. James E. Boasberg                                         April 24, 2022
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001


To the Honorable Judge,

My name is Rabbi Dovid Cynamon, a close mentor of Aaron and a rabbi in the Flatbush community. I hope to portray a glimpse of Aaron Mostofsky's exceptional care, kindness, and love for all in the paragraphs below. I appreciate your Honor for taking the time to read and learn a bit of the beautiful character of my dear Aaron.

When someone truly cares, they make an effort, not an excuse. Aaron is a man who lives by these words. Aaron's constant care for others shows in all facets of his life, whether volunteering in the local community organizations or offering me personal assistance; no matter where or when; Aaron is always ready to lend a helping hand.

They say, "the smallest act of kindness is worth more than the grandest intention" however, Aaron's grandest intentions consist of acts of kindness. When the holidays draw near, Aaron cleans cars for others, babysits children, and donates money to those in need. I receive calls constantly from Aaron inquiring about my welfare and the welfare of others. When he is not found in the synagogue praying and studying, Aaron can always be found assisting another. Aaron is always caring and ready to help in any possible way.

As a personal student of mine, I can attest to his genuine character and stellar personality. I have yet to see another boy quite like Aaron throughout my years of teaching. With his big glowing smile, he portrays an aura of love and warmth unique to Aaron alone.

If kindness is worth more than gold, Aaron is a man of great wealth.  I humbly request that your Honor does not define Aaron's life by his mistakes but rather by his countless merits. His family, friends, Rabbis, and community rely on him more than one can ever imagine. We pray for the honorable judge and court's mercy for the lenient sentence of our beloved Aaron. Please repay Aaron with this act of kindness for his countless selfless actions.

May G-d bless you and your family with all of the universe's blessings.

Respectfully,

Rabbi Dovid Cynamon, L.M.S.W.

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001


To the Honorable Judge:

I write to you with the understanding that your decision will weigh heavily on the future of the life of one of my young constituents, Aaron Mostofsky. I have been the rabbi of the Mostofsky family for almost forty years. I officiated at the marriage of Aaron's parents and at his bar mitzvah.

Aaron has always been extraordinarily respectful to me as the rabbi and eager to work for all the good causes in our community and in our synagogue.

Aaron is a delightful and affable young man who has brought warmth and joy to all those lives he has touched. Always upbeat and optimistic Aaron has devoted much of his time to soothing the hearts of those that are lonely and inspiring those that are down and need encouragement. He rarely turns down any request for assistance by me or any of the synagogue administrators. He has participated in Meals on Wheels activity for the senior citizens. He has led the youth group division in our children's program. He was entrusted by our parent body to care for our precious young ones and demonstrated an uncanny ability to bring out the best in all of them.

I ask Your honor to recognize that this young man who is so soft and kind, be spared the kind of experience that could shatter his gentle spirit. Your mercy in his sentencing will be rewarded by seeing him grow into the inherently good human being that we know he is and contribute mightily to the community that will be fortunate enough to have him as one of their own.


Respectfully,

Rabbi Moshe Faskowitz

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington DC, 20001


**To the Honorable Judge,**

Aaron Mostofsky is a member of the weekly Bible group I lead for about the past 10 years. He has always been a positive influence on the entire group.

Aaron takes it upon himself to cheer people up when they are going through hard times by making their problems his problems. Aaron has, many times, offered his professional services as an architect pro-bono to the members of our group, in one case saving one of my students thousands of dollars.

We have always been proud to have him as part of our family. I ask on behalf of our group that the Honorable Judge show mercy in his sentencing of Aaron, just as Aaron has shown mercy to others in their times of need.


Very Respectfully yours,

Rabbi Nachum Meltzer

April 25, 2022

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

To the Honorable Judge:

This is to give my character reference and my understanding of Aaron Mostofsky.

Aaron has been a friend of my daughter Sarah for about six years.  As such, I have met him numerous times.  He is what would be described as a "mensch" and a gentle man, as well as a gentleman.

The measure of a man is sometimes seen in simple things.  When someone is not in the financial league of others while dining out in  a group, two things often happen - they put a bit less than their share into the pot to pay the tab, or they order the most expensive meal and figure that since the bill will be split evenly they will be getting off cheap.  Character is shown by the person who acknowledges they've had an expensive meal and therefore puts an extra $20 into the pot.

While one might say this is just good manners, <u>it is these little things that show good character;</u> I can think of three or four times over the years I watched him do this.  While it is a little thing, it tells you the measure of a man - what they do when they do not have to reach deeper in their own pockets.

Like many people I was horrified with the violent actions in Washington, DC.

Knowing Aaron, I can see him being in the front of the crowd to help support Israel.  I can also see him being swept along by the crowd up into the Capitol Building.  He is a <u>law abiding</u> citizen, and I am sure he was truly horrified to find out he was not supposed to be in the "People's House".

I believe Aaron, like lots of others who were there in that crowd, did not even realize they were not supposed to go into the Capitol Building.  After all, it was a major national event, and you can go into the Smithsonian and many other federal buildings in Washington, DC.

Aaron is on the shy side - I can see him putting on the police vest that had been left on the floor to protect himself as this sort of crowd was definitely a first for him.

You can define him as the man you would trust to drive your wife and daughters across the country, knowing that he would both protect them to the best of his ability from outsiders and not take advantage of them himself.

Respectfully,

Ronald S. Friedson

April 25, 2022

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Your Honor,

My name is Sarah Friedson.  It is my absolute privilege to tell you about Aaron Mostofsky, who has been one of my closest friends for six years and counting.  I am writing this letter in support of Aaron in connection with his sentencing.

Upon our first meeting I immediately learned of Aaron's good-hearted nature. It was Christmas Eve and I was attempting to gather friends to bake and deliver cookies and brownies to New York City firefighters who were stuck working during the holiday.

It was difficult to find those who were willing to give up their night for this cause, but Aaron happily volunteered and even took a lead role.  Following our visit to the NYFD's 17th Precinct, Aaron helped to deliver the remaining baked goods, plus other supplies we had collected, to the homeless. He patiently assisted me in locating a shelter, after we discovered the difficulty of locating the homeless on the streets on Christmas. I was truly impressed by Aaron's desire to help, as he barely knew me at the time.

Aaron's big-heartedness quickly became a recurring theme in our friendship.  Whenever I attempted to gather together friends for an occasion, Aaron always came through.  If myself or any of our female friends ever had to walk home in the dark, he would volunteer to go with them.  If there was an opportunity to stand up against antisemitism, Aaron would be there with bells on, choosing song and dance as his forms of "protest".  Aaron is known to sport a kilt at wedding celebrations (or silly costumes at other gatherings) to put a smile on people's faces.  He is the friend who shows up with a jovial attitude and an intention to spread positivity wherever he goes.

Many times Aaron would be the only friend who could make it to an event, and while it's embarrassing to admit, there are times in which I have felt undeserving of a friend like him.  He would trek into Manhattan from Brooklyn on the subway and I would drive in from my home in Connecticut, frequently arriving much later than planned.  Aaron had every right to be upset with me, but he has never once made me feel bad or showed resentment.  He has always treated me with kindness, loyalty and respect despite my shortcomings - he is the type of friend anyone would be fortunate to have.

Aaron is one of the few people who I know I can count on to be present on my birthday, or have my back and be a listening ear when I am going through life's challenges.  I am grateful for his thoughtfulness, as he keeps me in his prayers regularly.  During the last Jewish holiday we spent together, right before partaking in an honor with the Torah, he made a point of approaching me to confirm my Hebrew name for prayers.

There is one particular act of generosity from Aaron that both myself and my family will be grateful for the rest of our lives.  During the first week of July in 2020, my beloved 100-year-old grandfather passed away.  My brother and I had recently started keeping kosher, and this made the already stressful task of assembling meals for the family even more challenging.  Aaron was one of the few friends who stepped up to have kosher catering delivered to us, so that my family could breathe a sigh of relief for a couple of days. I was moved to tears by his thoughtfulness.

Aaron is a warm, kind, and selfless individual who is always willing to help however he can. These are but a few of countless examples.  When I think of Aaron there is simply not a single negative adjective that comes to mind.  I respectfully request that you take his many merits into consideration upon making your decision.

With utmost respect,

Sarah Friedson

**April 21 2022**

**Hon. James E. Boasberg**
**United States District Judge**
**U.S. District Court for the**
**District of Columbia**
**333 Constitution Ave. NW**
**Washington, DC 20001**

**Dear Judge Boasberg,**

**My name is Shea Rubenstein and I live in Marine Park, Brooklyn.**

**I run an institution which serves the communal needs of the local area and beyond, the Jewish Community Council of Marine Park.  Much of our communal outreach is connected with humanitarian assistance to people who find themselves in both social and financial difficulties.**

**I have been acquainted with Aaron for some time, and he has been very active in assisting the activities of the organization; particularly over the past four years with regard the distribution of food and provisions to those people who require such assistance within the locality.**

**Aaron goes above and beyond helping anyone who may be in need of his help within the community. His good nature and encouragement to our community is very much appreciated within the by all.**

**May I therefore request on behalf of myself and the local community, and in consideration of all the kind actions he has shown to this community, that you will find leniency in judging this case.**

**Respectfully**

**Shea Rubenstein**
*Executive Director*
**JCC of Marine Park, Brooklyn**

April 12, 2022

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

To the Honorable Judge:

My name is Shlomo Shasha. Aaron has been a close family friend of mine for many years and he has been a constant fixture in my family for Sabbath meals and social gatherings. Aaron has always been a source of positivity with his infectious and good vibes.

I would just like to share a few of the many positive interactions I have had with him. Aaron truly has a heart of gold who is always looking to bring joy to people around him. A story which encapsulates the essence of Aaron is when my two-year-old daughter began taking her first steps. Aaron was over at the house and noticed how she kept falling after the first few strides. He was then determined to help her walk as efficiently as possible. He stood near her, holding her hand, and encouraging each step until she finally took four full strides. He did this for over two hours without losing any patience throughout the process. To this day he has a great relationship with my two kids and they refer to him as "Uncle" Aaron.

Aaron is a member of the community who gets along with all types of people. I see this from all the interactions he has had with the many different type of individuals he has crossed paths with. He never judges a person if they look different or have different beliefs. His conversations always seem to have laughter and positivity in them.

Aaron has real empathy for other people's misfortune, and I recall that when my grandmother passed away my dad was grieving during the Shiva ceremony and he had very little energy and he was completely distraught with the loss of his mother. Aaron took it upon himself to go grocery shopping for the family and assist in any way needed.

I would like to respectfully request from the court to impose a merciful sentencing. Aaron is truly an important individual in our community who is a source of positivity to those around him.

Thanks in advance for your consideration,

Shlomo Shasha

April 25, 2022

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Your Honor,

My name is Susan Friedson.  My daughter Sarah is a close friend of Aaron Mostofsky.  I have had the pleasure of being in his company on several occasions over the past five plus years. I've observed that he is a sincere, generous, helpful and caring individual.

Throughout my life I have been in tune with the way people behave, especially with reference to those my children associate with. I've noticed that whenever my daughter has birthday celebrations she often has friends who commit to attending and then they do not show up.  Aaron, however, has shown time and time again that he is a true and loyal friend.  If he says he will be there, he will be there without fail.

As a mother, I will always be concerned for my children's well-being no matter their age.  Many times Sarah leaves Connecticut to attend events in New York City that are over late at night.  It is always reassuring when I learn that Aaron will be there because I know he will look out for her.  Aaron's caring nature was particularly appreciated one day when he and Sarah attended the funeral of a mutual friend. As they were leaving the cemetery they discovered that two of the tires on her car had deflated.  Aaron assisted Sarah in locating a repair garage that was open despite the fact that it was a Sunday and therefore they were able to make it home safely.

Aaron's kindness and generosity has been heartfelt by our whole family.  In 2020 he was part of a group that organized and contributed an array of food that provided meals for two to three days when I lost my beloved dad in July.  I will be forever grateful for the comfort this provided to us.

One additional thing that I think is quite noteworthy about Aaron is that he once grew his hair for at least a year to be able to donate it for those in need. I've known many women and young girls who have done this, but this was the first time I ever knew a man to grow his hair solely for this purpose. I consider this to have been such a noble act.

Aaron is by far a genuine and decent human being.  I strongly hope you will take his good virtue into consideration upon making your decision.


Respectfully,

Susan R. Friedson

Susan Friedson

Honorable James E. Boasberg
United States District Judge
US District Court for the District
Of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Your Honor,

I am writing this letter regarding Aaron Mostofsky. My relationship with Aaron goes back over 30 years.

Aaron is the type of person that I have always enjoyed interacting with. He greets me with a big warm smile, and we enjoy chatting and laughing together. He also makes an effort to give my children of all age's attention, engaging them in conversation and jokes.

Aaron is a gentle person who is very sensitive to people's feelings. He loves nature and the outdoors.

Although Aaron has a loving family, he lost his mother as a very young child.

I plead with you to please be merciful when sentencing Aaron based on his good character.

I thank you in advance for reading this and taking this under consideration

Sincerely,

Zvi Auman

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001


Dear Judge,

My name is Vanessa Mostofsky. Aaron Mostofsky is my brother-in-law, and I am writing in support of Aaron in connection with his sentencing.  I have known Aaron for six years.

Aaron has always been a reliable and helpful presence. When my husband and I moved, he made sure he was available to help move furniture.  For the past three years, he has come to help us prepare our house for Passover.  He carried boxes of dishes, scrubbed floors and counters. His eagerness to help allowed me to spend more time with my children, knowing the work was being taken care of.

Aaron also is a favorite uncle, and my children love to play with him. His presence quickly puts a smile on my two sons' faces.

Thank you for your time and consideration.



Sincerely,

Dr. Vanessa Mostofsky

April 12, 2022

Hon. James E. Boasberg
United States District Judge
U.S. District Court for the
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

To the Honorable Judge Boasberg:

My name is Yoni Berger, I live in Brooklyn, New York and I have been licensed to practice law in the state of New York since 2015.

I am writing this letter in support of my friend, Aaron. I have known Aaron for a little over 17 years. We were 18 years old when we first met, and we have remained very close friends ever since.

To list the positive qualities of Aaron would take too much of the Court's time as Aaron is a selfless, caring and joyous individual who lives for helping other people.

Aaron is one of the only friends I have who I know I can always count on. He is as reliable as they come. When I once needed help to build my Sukka (an outdoor hut for the holiday of Sukkot) I was embarrassed to ask anyone to help me since I myself hated helping others build there Sukka's, as it involves lots of time and physical labor. Aaron, asked me if I needed assistance and when he realized I was embarrassed to ask for his help, he made me feel like he really wanted to do it for his own satisfaction. Aaron assisted me for over 15 hours of real labor and when the Sukka was fully built to perfection, Aaron thanked me for allowing him to build it.

It takes a real special person to not only help others, but to make the other person feel like they were the ones doing the favor. Until this day, my 4 year old daughter calls Aaron the "Sukka Man" as she was fascinated and inspired by her father's friend who was always there helping out.

Another great example of Aaron's caring personality and positivity is when I lost my brother's cat while housesitting for him. I saw the cat leave the front door, but I assumed it would come right back momentarily, but after a few moments I started to fear that something was wrong. I went outside to look but I could not see the cat anywhere in the vicinity. After 30 minutes of futile and embarrassing searches around the area, I needed a helping hand. I called Aaron if he can come over to my brother's house in Brooklyn. It happened to be, Aaron was in middle of writing an important college paper, but he sensed the urgency in my voice and within 5 minutes he had biked over to my brother's house. To make a long story short, Aaron helped me from 3:00PM until 11:00PM when eventually we located the missing (troublemaking) kitten. His tireless efforts on that day consisted of interviewing everyone entering and leaving that block, all

neighbors, printing out lost cat signs with his own handwriting and putting in on every post in the area. It wasn't until we got a call from someone, who spoke to someone that Aaron had spoken to earlier that day that alerted us of the cat being seen a few blocks away in some random person's backyard.

To say that Aaron came through for me, time and time again is an understatement. He is truly a special friend who never wants any credit but deserves so much of it. He has always maintained his good positive nature and good sense of humor.

Maybe the most important thing I can state about Aaron is that in the 17 plus years that I have known him, I have never, not once, seen him get mad or upset. His ability to keep calm and stay positive is very admirable and a quality which very few people possess.

I humbly plead and request that in the merit of all the positivity and good deeds that Aaron has performed, that this Court show mercy in the sentencing of Aaron as he is and will always be a vital and essential part of our community and may he be allowed to continue shining his bright lights for all to see.

Sincerely,

Yoni Berger, Esq.