UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Case No.: 1:21-cr-138-JEB |
| | : | |
| AARON MOSTOFSKY, | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF VIDEOS
## PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on May 3, 2022 via USAfx, relating to May 6, 2022's sentencing hearing. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

| Exhibit Number | File Name | Source | Description |
|---|---|---|---|
| 1 | Washington D.C. Riots_ Footage of the Initial Breach Attack on the West Side of the Capitol | FBI obtained from Defendant | 9:52 minute video of initial breach of outer perimeter of Capitol. Images 5, 6 and 7 are from this video. |
| 2 | Dome West Camera - 2021-01-06 z-13h34min | U.S. Capitol Police | 5:59 minute long video. Images 9, 10, 11, and 18 are from this video. |
| 3 | 20210106-Felony Riots-BWC-footage.mp4 | FBI obtained from Metropolitan Police Department | 2:02 minutes long video. Images 12, 13, 14 and 17 are from this video. |
| 4 | West Plaza-Mostofsky.mp4 | FBI obtained from third party | 3:15 minutes long taken by bystander/rioter. Images 15 and 16 are from this video. |
| 5 | Senate Wing Door -2021-01-6_14h10min | U.S. Capitol Police | 15 minutes video. Image 23 is from this video. |

| 6 | ProPublica Video.mp4 | FBI obtained from third person | 1:48 minute long video. Rioter vantage of Senate Wing door breach at 2:13pm. Image 21 taken from this video. |
| --- | --- | --- | --- |
| 7 | Ohio Clock Corridor_2021-01-06_14h20min02s917ms | U.S. Capitol Police | 19:59 minutes long Images 25 and 26 are from this video. |
| 8 | Brooklyn protester gives interview outside Senate chamber during Capitol breakin | *New York Post* | 1:36 minutes long |

The Government does not object to the public release of the above-listed videos.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

\_\_\_/s/_____
GRACIELA R. LINDBERG
Assistant United States Attorney
Texas Bar No. 00797963
11204 McPherson Road, Suite 100A
Laredo, Texas  78045
956-754-9350
graciela.lindberg@usdoj.gov