UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.:  1:21-cr-138-JEB |
| | : | |
| AARON MOSTOFSKY, | : | |
| Defendant. | : | |

## GOVERNMENT'S SUPPLEMENTAL NOTICE OF FILING OF VIDEOS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following additional videos that were provided to the Court and defense counsel on May 4, 2022 via USAfx, relating to May 6, 2022's sentencing hearing. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

| Exhibit Number | File Name | Source | Description |
|---|---|---|---|
| 9 | ProPublica Video – Entering West Plaza | FBI Obtained from Third Party | 2:08 minute video, taken by bystander/rioter, of arrival of crowd in the Capitol's West Plaza after the initial breach of the outer perimeter |
| 10 | Video from YouTube (John Sullivan) (excerpt) | FBI Obtained from Third Party | 1:38 minute video, taken by another Jan. 6 defendant, of the arrival of rioters in the Capitol's Upper West Terrace |
| 11 | 0926 USCG 00 Upper Terrace West (excerpt) | U.S. Capitol Police | 1:09 minute video of rioters preparing to storm the Senate Wing Door |
| 12 | Interior – Before Breach of Senate Wing Doors | FBI Obtained from Third Party | 1:05 minute video, taken from inside the Capitol, of rioters preparing to storm the Senate Wing Door |

The Government does not object to the public release of the above-listed videos.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

    */s/ Michael J. Romano*
    MICHAEL J. ROMANO
    Trial Attorney, Criminal Division
    Detailed to the U.S. Attorney's Office
    for the District of Columbia
    IL Bar No. 6293658
    601 D Street, N.W., Room 5.1510
    Washington, D.C. 20004
    202-252-7154
    michael.romano@usdoj.gov