UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.:   1:21-cr-138-JEB |
| | : | |
| AARON MOSTOFSKY, | : | |
| Defendant. | : | |

**ERRATA REGARDING GOVERNMENT'S FIRST NOTICE OF
FILING OF VIDEOS PURSUANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby files this notice of an error in its first Notice, pursuant to Local Criminal Rule 49, of videos provided to the Court and defense counsel relating to May 6, 2022's sentencing hearing. This notice incorrectly stated that the FBI obtained Exhibit 1 from the defendant. In fact, it was obtained from a third party.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Michael J. Romano*
MICHAEL J. ROMANO
Trial Attorney, Criminal Division
Detailed to the U.S. Attorney's Office
for the District of Columbia
IL Bar No. 6293658
601 D Street, N.W., Room 5.1510
Washington, D.C. 20004
202-252-7154
michael.romano@usdoj.gov