UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-138-JEB |
| AARON MOSTOFSKY, | ) |
| Defendant. | ) |

**DEFENDANT MOSTOFSKY'S NOTICE OF FCI DANBURY'S WRITTEN REFUSAL TO PERMIT LEGAL CALLS**

Defendant Mostofsky moved the Court on August 1 for an order directing FCI Danbury to allow him to make a legal call to his retained counsel in connection with his assault in that facility. ECF No. 113.

Following the filing of Mostofsky's motion, FCI Danbury informed his counsel on August 8 that he will not receive any legal calls unless the facility is so ordered by this Court. Exh. 1-2. The relevant prison officials will not explain to Mostofsky's counsel why the defendant may not place or receive legal calls. *Id.* Undersigned counsel has advised the officials that he cannot commute to the prison, which is located in a state different from the one where counsel works. The officials will not answer any questions about Mostofsky's prison assault.

Mostofsky has a constitutional right to retain counsel in any post-conviction proceeding. He respectfully requests that the Court grant his motion so that he can speak with his retained counsel.

Dated: August 8, 2022                              Respectfully submitted,

                                                    /s/ Nicholas D. Smith
                                                    Nicholas D. Smith, D.C. Bar No. 1029802

1

>David B. Smith, PLLC
>1123 Broadway
>Suite 909
>New York, NY 10010
>(917) 902-3869
>nds@davidbsmithpllc.com
>
>*Counsel to Aaron Mostofsky*

## Certificate of Service

I hereby certify that on the 8th day of August, 2022, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>Graciela Lindberg
>Assistant United States Attorney
>555 4th Street, N.W., Room 4408
>Washington, D.C. 20530
>(202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

>/s/ Nicholas D. Smith
>Nicholas D. Smith, D.C. Bar No. 1029802
>David B. Smith, PLLC
>1123 Broadway
>Suite 909
>New York, NY 10010
>(917) 902-3869
>nds@davidbsmithpllc.com