UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 1:21-cr-138 (JEB) |
| AARON MOSTOFSKY : | |
| : | |
| Defendant. : | |

NOTICE OF ATTORNEY APPEARANCE
AND SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney (AUSA) Rebekah Lederer will appear, in the above captioned case, as counsel. This appearance is in place of Assistant United States Attorney Michael Romano.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ REBEKAH LEDERER
REBEKAH LEDERER
Pennsylvania Bar No. 320922
Assistant United States Attorney
U.S Attorney's Office for District of Columbia
601 D St. N.W, Washington, DC 20530
Tel. No. (202) 252-7012
rebekah.lederer@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 13th day of April 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ REBEKAH LEDERER*