# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 21-cr-138-JEB |
| | ) |
| AARON MOSTOFSKY, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO CONTINUE PRELIMINARY REVOCATION HEARING**

The Court has set an in-person preliminary revocation hearing for Friday, June 9, 2023 at 10:00 a.m.  Mostofsky moves the Court for a short continuance for the following reason.  An Orthodox Jew, Mostofsky lives in Brooklyn, New York.  He will be commuting to this district by bus, which consumes 4.5 hours in each direction.  He observes the Sabbath on Fridays and cannot drive in that period of time.  Mostofsky therefore respectfully requests that the Court continue the hearing to the following week.  His counsel requests Thursday, June 15, if that squares with the Court's schedule, as counsel also resides in New York and will be appearing in this Court on June 16 for another matter.

Dated: June 5, 2023                                                       Respectfully submitted,

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com
*Counsel to Aaron Mostofsky*

1

**Certificate of Service**

I hereby certify that on the 5th day of June, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com
*Counsel to Aaron Mostofsky*